UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION NO.: |
| Plaintiff, | HONORABLE: |
| vs. | |
| JASON W. WASHINGTON | |
| Defendant. | |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of Wayne County, Michigan within the jurisdiction of this Court and may be served with service of process at 1 Lafayette Plaisance, Apt 412, Detroit, MI 48207.

### The Debt

3. The debt owed to the United States of America is as follows:

| | | |
|---|---|---|
| A. | Current Principal *(after application of all prior payments, credits, and offsets)* | $6,778.67 |
| B. | Current Capitalized Interest Balance and Accrued Interest | $3,230.05 |
| C. | Administrative Fee, Costs, Penalties | $0.00 |
| D. | Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |
| | Total Owed | **$10,008.72** |

The Certificate of Indebtedness, which is attached to Plaintiff's Complaint, shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 2.33% per annum.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, United States of America prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 and that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

SHERMETA LAW GROUP, P.C.

Dated: September 10, 2015

By: s/Andrea A. Enright
Andrea A. Enright (P70981)
Attorneys for Plaintiff
P.O. Box 80883
Rochester, Michigan  48308
Telephone No.: (248) 519-1700
Facsimile No.: (248) 519-1701
aenright@shermeta.com

******8755

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS # 1 OF 1**

JASON W WASHINGTON

SOUTHFIELD, MI
Account No. XXX-XX-2353

I certify that U.S.Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 01/05/15.

On or about 12/30/98 the borrower executed promissory note(s) to secure loan(s) of $6,625.00 from the U.S Department of Education. This loan was disbursed for $2,625.00 & $4,000.00 on 03/05/99 through 06/03/99 at a variable rate of interest to be established annually. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 11/18/02. Pursuant to 34 C.F.R. 685.202(b), a total of $526.40 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $1,355.83 from all sources, including Treasury Department offsets, if any, to the balance. After the application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $6,778.67 |
| Interest: | $3,122.74 |
| Total debt as of 01/05/15: | $9,901.41 |

Interest accrues on the principal shown here at the current rate of 2.33% and a daily rate of $0.43 through June 30, 2015, and thereafter at such rate as the Department establishes pursuant to Section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087e.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 05/04/15

*Delfin M Reyes*
Loan Analyst
Litigation Support Unit

**Delfin M. Reyes**
**Loan Analyst**

3